**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14-cr-551 |
| v. | ) | |
| | ) | Honorable Harry D. Leinenweber |
| MICHAEL COSCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANT**

Richard T. Reibman, of the law firm of Thompson Coburn, LLP, requests leave to withdraw as counsel for the Defendant, Michael Coscia. As grounds therefore, and in support thereof, Movant states:

1.      The Defendant, Michael Coscia, has engaged as his defense counsel in this matter the law firm of Sullivan & Cromwell and Steven Peikin, one of its partners.

2.      Mr. Peikin has been admitted *pro hac vice* and has appeared in person as Mr. Coscia's counsel at Mr. Coscia's arraignment in this matter.

3.      Mr. Coscia has advised that Movant's services as Mr. Coscia's counsel of record in this matter are no longer required, and, as indicated in the attached Exhibit A, has consented to this withdrawal.

4.      Counsel for the Government has authorized Movant to advise the Court that the Government has no objection to this motion.

Wherefore, Movant, Richard T. Reibman, respectfully requests that the Court enter its order granting him leave to withdraw as Mr. Coscia's counsel and directing that such withdrawal be entered in the record of this case.

Respectfully submitted,

THOMPSON COBURN LLP

By: */s/ Richard T. Reibman*
    Richard T. Reibman
    ARDC No. 3122849
    55 East Monroe Street, 37th Floor
    Chicago, Illinois 60603
    312-346-7500
    rreibman@thompsoncoburn.com

    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Richard T. Reibman*
Richard T. Reibman