# Exhibits Index

| Exhibit | Document |
|:---:|:---:|
| A | Email from Alex Gerko to Peter Barenthein (Oct. 5, 2011) |
| B | Email from Chris Roenbaugh to Brenda Tucker (Oct. 14, 2011) |
| C | FBI, Anand Twells Interview Report (July 24, 2015) |
| D | FBI, Jennifer Shaw Interview Report (Sept. 9, 2015) |
| E | FBI, John Philip Redman Interview Report (Sept. 4, 2015) |
| F | FBI, Ryan Cobb Interview Report (Sept. 16, 2015) |
| G | Government's Preliminary Exhibit List (Sept. 26, 2015) |
| H | Email from Jeremiah Park to Michael Coscia, et. al. (Nov. 22, 2011) |
| I | Email from Renato Mariotti to Steven Peikin, et. al. (Sept. 26, 2015) |
| J | Michael Coscia CFTC Background Questionnaire (Apr. 24, 2013) |

# Exhibit A

| | |
|---|---|
| **From:** | Barenthein, Peter |
| **Sent:** | Wednesday, October 05, 2011 5:57 AM |
| **To:** | Minett, Nancy |
| **Cc:** | *Market Reg_Investigations Mgmt |
| **Subject:** | FW: |

More data from Alex, this time on EURUSD and during normal trading hours

**From:** Gerko, Alex [mailto: ]
**Sent:** 05 October 2011 09:58
**To:** Barenthein, Peter
**Subject:**

Hi Peter,

We now observe similar behaviour in EURUSD futures

Somebody places orders of size 200 contracts, alternating between bids and asks, extremely short lived

08:54:04.859 200 contracts offer
08:54:05.237 200 contracts bid



This email and any files transmitted with it contain confidential and proprietary information and is solely for the use of the intended recipient. If you are not the intended recipient please return the email to the sender and delete it from your computer and you must not use, disclose, distribute, copy, print or rely on this email or its contents. This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. Any comments or statements made herein do not necessarily reflect those of GSA Capital. GSA Capital Partners LLP is authorised and regulated by the Financial Services Authority and is registered in England and Wales at Stratton House, 5 Stratton Street, London W1J 8LA, number OC309261. GSA Capital Services Limited is registered in England and Wales at the same address, number 5320529.

CME_002-000002